1

2

3

4

5

6                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
7                                    AT SEATTLE

8    UNITED STATES OF AMERICA,                    NO.  CR11-415-JCC

9                            Plaintiff,

10        v.

11                                                DETENTION ORDER
     ANDREW MEDINA,
12
                             Defendant.
13

14
     Offense charged:
15
         Count 1:          Conspiracy to Distribute Controlled Substances, in violation of 21
16                         U.S.C. §§:841(a)(1), 841(b)(1)(A) and 846

17
     Date of Detention Hearing:  May 11, 2012
18
         The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and
19
     based upon the factual findings and statement of reasons for detention hereafter set forth, finds:
20
         FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION
21
         1.    Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that
22
               defendant is a flight risk and a danger to the community based on the nature of
23
               the pending charges.  Application of the presumption is appropriate in this case.
24
         2.    Defendant has stipulated to detention, but reserves the right to contest his
25
               continued detention if there is a change in circumstances.
26

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

1    3.    There are no conditions or combination of conditions other than detention that

2          will reasonably assure the appearance of defendant as required or ensure the

3          safety of the community.

4    IT IS THEREFORE ORDERED:

5    (1)   Defendant shall be detained and shall be committed to the custody of the

6          Attorney General for confinement in a correction facility separate, to the extent

7          practicable, from persons awaiting or serving sentences or being held in custody

8          pending appeal;

9    (2)   Defendant shall be afforded reasonable opportunity for private consultation with

10         counsel;

11   (3)   On order of a court of the United States or on request of an attorney for the

12         government, the person in charge of the corrections facility in which defendant

13         is confined shall deliver the defendant to a United States Marshal for the

14         purpose of an appearance in connection with a court proceeding; and

15   (4)   The Clerk shall direct copies of this Order to counsel for the United States, to

16         counsel for the defendant, to the United States Marshal, and to the United States

17         Pretrial Services Officer.

18   DATED this 14th day of May, 2012.

19

20   _____
     JAMES P. DONOHUE
21   United States Magistrate Judge

22

23

24

25

26

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 2